# Supreme Court of Florida

_____

No. SC2025-0659
_____

**IN RE: AMENDMENTS TO FLORIDA EVIDENCE CODE.**

November 6, 2025

PER CURIAM.

The Criminal Court Steering Committee has filed a report concerning legislative changes to the Florida Evidence Code. *See* ch. 2011-220, § 2, Laws of Fla. We have jurisdiction. *See* art. V, § 2(a), Fla. Const. The amendments at issue were to section 90.404(2)(c), Florida Statutes, and were enacted by the Florida Legislature effective July 1, 2011. It appears these legislative changes were not previously addressed by this Court.

We adopt chapter 2011-220, section 2, Laws of Florida, to the extent it is procedural. The specific provisions appear in the appendix to this opinion with the new language indicated by underscoring. We express no opinion on the substance of the amendments, and they are effective on the date they became law.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Criminal Procedure

Judge Joseph A. Bulone, Chair, Criminal Court Steering Committee, Clearwater, Florida, and Bart Schneider, Staff Liaison, Office of the State Courts Administrator, Tallahassee, Florida,

    for Petitioner

Daniel Eisinger, Public Defender, and Benjamin Nathaniel Paley, Fifteenth Judicial Circuit of Florida, West Palm Beach, Florida,

    Responding with comments

**APPENDIX**

**90.404    Character evidence; when admissible**

**(1)** [No Change]

**(2) Other Crimes, Wrongs, or Acts.**

(a) – (b) [No Change]

(c) 1. In a criminal case in which the defendant is charged with a sexual offense, evidence of the defendant's commission of other crimes, wrongs, or acts involving a sexual offense is admissible and may be considered for its bearing on any matter to which it is relevant.

2. For the purposes of this paragraph, the term "sexual offense" means conduct proscribed by s. 787.025(2)(c), s. 787.06(3)(b), (d), (f), or (g), former s. 787.06(3)(h), s. 794.011, excluding s. 794.011(10), s. 794.05, former s. 796.03, former s. 796.035, s. 825.1025(2)(b), s. 827.071, s. 847.0135(5), s. 847.0145, or s. 985.701(1).

(d) [No Change]

**(3)** [No Change]